Robert A. Foster, II          65825
18101 Von Karman Ave., # 1400
Irvine, CA 92612-0173
949/476-0476 Fax 866/801-8778
fosterbo@sbcglobal.net

Attorney for Gloria Ortiz, Defendant
and Claimant-in-Interpleader

cc: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation, <br><br>   Plaintiff, <br><br> vs. <br><br> GLORIA IRENE ORTIZ, an individual; an GRACIELA ELENA ORTIZ, an individual, <br><br>   Defendants. <br> _____ | No. CV 05-7347 R (Ex) <br><br> Consolidated by Minute Order entered on 12/8/05 with No. CV 05-8117 R <br><br> **This document refers to both cases and is to be docketed in the lower-numbered case CV 05-7347 R.** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, <br><br>   Plaintiff, <br><br> vs. <br><br> GRACIELA CASTAÑO ORTIZ, JEREMY JOHN ORTIZ, a minor, JAVIER A. ORTIZ, Sr., GLORIA I. ORTIZ, <br><br>   Defendants. <br> _____ | No. CV 05-8117 R (Ex) <br><br> **JUDGMENT IN ACCORDANCE THE JUDGMENT OF THE NINTH CIRCUIT COURT OF APPEALS ENTERED ON 8/1/08** <br><br> Ex Parte Application filed on September 29, 2008 <br><br> Honorable Manuel L. Real, Judge <br><br> Courtroom 8 |

1.

| | |
|---|---|
| **Life Insurance Co. v. Ortiz** | **CV 05-7347 R** |
| **Reliance Standard v. Ortiz** | **CV 05-8117 R** |

**JUDGMENT IN ACCORDANCE WITH
THE JUDGMENT OF THE NINTH CIRCUIT COURT OF APPEALS
ENTERED ON 8/1/08**

---

    1.  This judgment refers to both of the above-captioned consolidated cases.

    2.  The court awards the disputed life insurance proceeds including interest thereon ninety-three point fifty-five percent (93.55%) to Gloria Ortiz and six point forty-five percent (6.45%) to Graciela Ortiz.  Let judgment be entered accordingly.

Dated: April 9, 2009

_____
MANUEL L. REAL
United States District Judge